

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00845-CV

Sandra **JENNINGS**,
Appellant

v.

Robert **SCOTT**, Commissioner of Education, and Boerne Independent School District,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 11-530
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellees, Robert Scott, Commissioner of Education, and Boerne Independent School District, recover their costs of appeal from Appellant Sandra Jennings.

SIGNED January 8, 2014.

_Karen Angelini_
Karen Angelini, Justice